# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| My11 | 9155127 | Sheffer | 312 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/25/25 1603 | MTA 21-1102(a) |

**Place of Offense:** 1776 Ditto Avenue Fort Detrick MD 21702

**Offense Description: Factual Basis for Charge** HAZMAT ☐

UNSAFE BACKING

### DEFENDANT INFORMATION

Last Name: Boateng
First Name: Dylan
MI: A

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8FJ5128 | MD | 13 | Nissan Sentra | | Bk |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 130 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 160 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9155127*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 March 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

I Ofc Sheffer responded to a traffic accident in the parking lot of 1776 Ditto Avenue, Fort Detrick MD. I identified the driver of a Black in color Nissan Sentra bearing MD Registration 8FJ5128 as Dylan Boateng. Boateng backed his vehicle into a Blue in color Honda CRV bearing MD registration 923HCL owned by Kathryn Robinson who was driving straight through the parking lot. Both drivers exchanged information. Boateng was cited on a CVB for unsafe Backing.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/25/2025
Date (mm/dd/yyyy)   Officer's Signature [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident